IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LEONARD HORSEMAN,<br><br>            Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>            Defendant. | **8:20CV146**<br><br>**ORDER** |

    This matter comes before the Court on the parties' Stipulation of Dismissal with Prejudice (Filing No. 33). The Court being advised in the premises finds that such an Order is proper.

    IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this action be dismissed with prejudice, with all parties to pay their own costs and attorney fees.

    Dated this 23rd day of August, 2021.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge